EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Certiorari |
| | 2015 TSPR 2 |
| Claudi Eduarda Landor Concepción | 192 DPR ____ |

Número del Caso: TS-19,519

Fecha: 13 de enero de 2015

Abogado de la Parte Peticionaria:

      Por derecho propio

Materia: Reactivación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *EX PARTE* | *READMISIÓN* |
| **CLAUDI EDUARDA LANDOR CONCEPCIÓN** | **NÚM.: TS-19,519** |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 13 de enero de 2015.

Atendida la *Solicitud de Readmisión al Ejercicio de la Abogacía* presentada el 30 de diciembre de 2014 por la Sra. Claudi Eduarda Landor Concepción, en la que expresa su interés de reintegrarse a la práctica de la profesión legal, y no existiendo fundamento legal alguno que así lo impida, se declara *Ha Lugar* dicha solicitud y se ordena a la Secretaría registrar el cambio de estatus de ésta a abogada activa en el Registro Único de Abogados y Abogadas (RUA).

Publíquese.

Notifíquese inmediatamente por teléfono, facsímil o correo electrónico, y notifíquese posteriormente por la vía ordinaria.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo